UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED'09 MAY 13 08:25 USDC-ORP

**DENNIS VOSGIER**
    Plaintiff,

CV # 08-34-MO

vs.

**MICHAEL J. ASTRUE,**
**COMMISSIONER of Social Security,**

ORDER FOR EAJA FEES

Defendant.

---

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of **$9000.00**, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs or expenses, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney, as follows:

Linda Ziskin
PO Bo 2237
Lake Oswego, OR 7035.

DATED this 13 day of May, 2009.

HON. MICHAEL J. MOSMAN
UNITED STATES DISTRICT JUDGE

Presented by:

/s/  Linda Ziskin
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Of Attorneys for Plaintiff